IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| GREGORY WARRICK, | |
| Plaintiff, | |
| v. | 2:24-CV-256-Z-BR |
| ADAM GONZALES, *et al.*, | |
| Defendants. | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to deny Plaintiff's Motion for Injunctive Relief and Grant Defendants' Motion to Dismiss. ECF No. 26. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED**. Plaintiff's Motion for Injunctive Relief is **DENIED** and Defendants' Motion to Dismiss (ECF No. 22) is **GRANTED**.

**SO ORDERED.**

January 22, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE